**James Henry ROLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. KCD 29498.**

Missouri Court of Appeals,
Kansas City District.

June 12, 1978.

David M. Doak, Asst. Public Defender, 13th Judicial Circuit, Columbia, for appellant.

John D. Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P. J., and DIXON and TURNAGE, JJ.

PER CURIAM:

James Henry Rollins filed a motion under Rule 27.26 to vacate the judgment of conviction and sentence previously ordered for dispensing marijuana. His original conviction was affirmed in *State v. Rollins*, 449 S.W.2d 585 (Mo.1970).

The trial court held an evidentiary hearing and entered findings of fact and conclusions of law. A careful review of the record reveals the findings of fact are not clearly erroneous.

An extended opinion would have no precedential value. The judgment is affirmed.